**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Marvin Lavale WILLIAMS, a.k.a.**
**Marvin Duncan, a.k.a. Fat Cat,**
**Defendant–Appellant.**

**No. 05–12307**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

April 10, 2006.

Sam Holmes, Birmingham, AL, for Appellant.

Joyce White Vance, Birmingham, AL, for Appellee.

Before BIRCH, BLACK and BARKETT, Circuit Judges.

PER CURIAM:

Ed R. Haden, appointed counsel for Marvin Lavale Williams, has moved to withdraw from further representation of Williams, because, in his opinion, the appeal is without merit. Counsel has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is

GRANTED, and Williams's conviction and sentence are AFFIRMED.